# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FRANKLYN HOFFMAN, KENNETH DERKSON, JOHNNY WOOTEN, ERIC SANDERS, MICHAEL O'CONNELL, STEPHEN HART, WILLIAM JOHNSON, JAMES NORGAARD, and ALTON ANTRIM,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF PLEASANT PRAIRIE,<br><br>Defendant. | Case No. 16-CV-697-JPS<br><br>**ORDER** |

On July 20, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #55). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #55) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge